AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

UNITED STATES OF AMERICA,
            Plaintiff,
     v.

JUAN VALENCIA LEAL,
            Defendant.

**APPEARANCE**

Case Number: 08MJ0362

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JUAN VALENCIA LEAL

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/12/2008 | /s/ HANNI M. FAKHOURY |
| Date | Signature |
| | HANNI M. FAKHOURY / Federal Defenders     252629 |
| | Print Name     Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number     Fax Number |

# **CERTIFICATE OF SERVICE**

  Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 12, 2008            _/s/ Hanni M. Fakhoury_
                      HANNI M. FAKHOURY
                      Federal Defenders of San Diego, Inc.
                      225 Broadway, Suite 900
                      San Diego, CA 92101-5030
                      (619) 234-8467  (tel)
                      (619) 687-2666  (fax)
                      e-mail: Hanni_Fakhoury@fd.org